Submitted July 13—decided July 20, 1964

STATE OF CONNECTICUT *v.* RAYMOND TIMNEY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Warren A. Luedecker,* in support of the petition.

*Benjamin F. Ferris,* assistant prosecuting attorney, in opposition.

Submitted July 3—decided July 20, 1964

